**Dismissed and Memorandum Opinion filed December 11, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00430-CV

---

## HARRIS COUNTY, Appellant

### V.

## SAUL RODRIGUEZ, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2016-40476**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 7, 2018. The clerk's record was filed July 10, 2018. The reporter's record was filed July 2, 2018. No brief was filed.

On November 6, 2018, this court issued an order stating that unless appellant filed a brief on or before November 21, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jewell.